IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-2487-ZLW
Bankruptcy Case No. 01-20299 ABC
Adversary Proceeding No. 03-1890 SBB

In re:

DIGITAL LIGHTHOUSE CORPORATION, a Delaware corporation,

    Debtor.

JEFFREY WEINMAN, as Trustee for and on behalf of Digital
Lighthouse Corporation,

    Plaintiff,

v.

TIMOTHY O'CROWLEY,
HAROLD POTE,
STEVEN PIAKER, and
RICK WELLER,

    Defendants.

_____

## ORDER
_____

    Adversary Proceeding No. 03-1890 SBB was dismissed by the U.S. Bankruptcy Court for the District of Colorado on June 15, 2006.  Accordingly, it is

    ORDERED that Defendant Timothy Crowley's Motion Pursuant To Fed. R. Bankr. P. 5011 For Withdrawal Of The Reference And For Transfer Of Proceedings To The United States District Court For The District Of Colorado For Jury Trial is denied

as moot.  It is

    FURTHER ORDERED that this case is deemed closed on the docket of this Court.

    DATED at Denver, Colorado, this  13  day of July, 2006.

                      BY THE COURT:

                        _____
                        ZITA L. WEINSHIENK,  Senior Judge
                        United States District Court